# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Taelor N. Barnes, | ) | |
| | ) | |
| *Plaintiff,* | ) Civil Action No. 12-14368 |
| v. | ) | |
| Wayne, County of, et al. | ) Hon. Robert H. Cleland |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Wayne, County of

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Arnold E. Reed
> Arnold E. Reed Assoc.
> 32255 Northwestern Highway
> Suite 288
> Farmington Hills, MI 48334

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: October 2, 2012



# Summons and Complaint Return of Service

Case No. 12-14368
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Wayne, County of

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:
Signature of Server:
Date:
Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Taelor N. Barnes, )
)
)
*Plaintiff,* ) Civil Action No. 12-14368
)
v. )
)
Wayne, County of, et al. ) Hon. Robert H. Cleland
)
)
*Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To: Alice Smith


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arnold E. Reed
Arnold E. Reed Assoc.
32255 Northwestern Highway
Suite 288
Farmington Hills, MI 48334

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*    By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: October 2, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-14368
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Alice Smith

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _____
Signature of Server: _____
Date:              _____
Server's Address:  _____
                   _____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Taelor N. Barnes, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  12-14368 |
| v. | ) | |
| Wayne, County of, et al. | ) | Hon.  Robert H. Cleland |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Dr. John Restum

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Arnold E. Reed
> Arnold E. Reed Assoc.
> 32255 Northwestern Highway
> Suite 288
> Farmington Hills, MI 48334

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  October 2, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-14368
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Dr. John Restum

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Taelor N. Barnes, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 12-14368 |
| v. | ) | |
| Wayne, County of, et al. | ) | Hon. Robert H. Cleland |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   Dr. John Lyle

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Arnold E. Reed
   Arnold E. Reed Assoc.
   32255 Northwestern Highway
   Suite 288
   Farmington Hills, MI 48334

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D.Peruski
   *Signature of Clerk or Deputy Clerk*

Date of Issuance:  October 2, 2012



# Summons and Complaint Return of Service

Case No. 12-14368
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Dr. John Lyle

Date of Service:

## Method of Service

     Personally served at this address:

     Left copies at the usual place of abode with (name of person):

     Other (specify):

     Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Taelor N. Barnes, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 12-14368 |
| | ) | |
| v. | ) | |
| | ) | |
| Wayne, County of, et al. | ) | Hon. Robert H. Cleland |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   Lisa Hinchman

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Arnold E. Reed
   Arnold E. Reed Assoc.
   32255 Northwestern Highway
   Suite 288
   Farmington Hills, MI 48334

   If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*        By: s/D.Peruski
                                            *Signature of Clerk or Deputy Clerk*

                                            Date of Issuance:  October 2, 2012



# Summons and Complaint Return of Service

Case No. 12-14368
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Lisa Hinchman

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Taelor N. Barnes, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  12-14368 |
| v. | ) | |
| Wayne, County of, et al. | ) | Hon.  Robert H. Cleland |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:    Lisa Witowski


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Arnold E. Reed
   Arnold E. Reed Assoc.
   32255 Northwestern Highway
   Suite 288
   Farmington Hills, MI 48334


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*        By: s/D.Peruski
                                              *Signature of Clerk or Deputy Clerk*

                                              Date of Issuance:  October 2, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-14368
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Lisa Witowski

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:
Signature of Server:
Date:
Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Taelor N. Barnes, | ) | |
| *Plaintiff,* | ) ) ) ) | Civil Action No. 12-14368 |
| v. | ) ) | |
| Wayne, County of, et al. | ) ) ) | Hon. Robert H. Cleland |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: April Williams


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Arnold E. Reed
> Arnold E. Reed Assoc.
> 32255 Northwestern Highway
> Suite 288
> Farmington Hills, MI 48334

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: October 2, 2012



# Summons and Complaint Return of Service

Case No. 12-14368
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: April Williams

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Taelor N. Barnes, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 12-14368 |
| | ) | |
| v. | ) | |
| | ) | |
| Wayne, County of, et al. | ) | Hon. Robert H. Cleland |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Sherry McCaa

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Arnold E. Reed
> Arnold E. Reed Assoc.
> 32255 Northwestern Highway
> Suite 288
> Farmington Hills, MI 48334

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: October 2, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-14368
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:     Sherry McCaa

Date of Service:

## Method of Service

____  Personally served at this address:

____  Left copies at the usual place of abode with (name of person):

____  Other (specify):

____  Returned unexecuted (reason):

**Service Fees:**      Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Taelor N. Barnes, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 12-14368 |
| | ) | |
| v. | ) | |
| | ) | |
| Wayne, County of, et al. | ) | Hon. Robert H. Cleland |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Dr. Dlugokinski

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Arnold E. Reed
>Arnold E. Reed Assoc.
>32255 Northwestern Highway
>Suite 288
>Farmington Hills, MI 48334

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: October 2, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-14368
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Dr. Dlugokinski

Date of Service:

## Method of Service

___   Personally served at this address:

___   Left copies at the usual place of abode with (name of person):

___   Other (specify):

___   Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: